STATE OF NEW JERSEY v. HILARY SPANGLER.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. EMERSON ALLEN.

May 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE T. MUSE.

May 2, 1973. Petition for certification denied.

ALBERT CANAL RODRIGUEZ a/k/a ALBERT CANAL v. SAMUEL KAPLAN.

May 2, 1973. Petition for certification denied.

ROSE PEARL v. BROWNING FIFTH AVENUE, INC.

May 2, 1973. Petition for certification denied.

MARY IANUCCI v. PERSIAN ACRES RIDING ACADEMY.

May 2, 1973. Petition for certification denied.